UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CASE NO. 25-14030-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSELINE COLON,**

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 89]. On November 18, 2025, Magistrate Judge Mills Maynard held a Change of Plea hearing [ECF No. 81] during which Defendant pled guilty to Counts 1 and 4 of the Indictment [ECF No. 3] pursuant to a stipulated factual proffer and written plea agreement [ECF Nos. 87–88]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 4, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of the offenses [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 89] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Joseline Colon** as to Counts 1 and 4 of the Indictment is **ACCEPTED**.

CASE NO. 25-14030-CR-CANNON

3. Defendant **Joseline Colon** is adjudicated guilty of Counts 1 and 4 of the Indictment [ECF No. 3].  Count 1 charges Defendant with Conspiracy to Purchase Firearms by Means of False Statement, in violation of 18 U.S.C. § 371.  Count 4 charges Defendant with Purchase of Firearms by Means of False Statement, in violation of 18 U.S.C. §§ 922(a)(6) and 2.

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of December 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record